UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT COOPER and CRYSTAL COOPER,

Plaintiffs,

v.

PROVIDENCE HEALTH CARE FOUNDATION d/b/a PROVIDENCE CENTRAILIA HOSPITAL; NORTHWEST EMERGENCY PHYSICIANS, LLC.; and LEWIS COUNTY COMMUNITY HEALTH SERVICES d/b/a VALLEY VIEW HEALTH CENTER,

Defendants.

CASE NO. C18-5232

NOTICE OF REMOVAL OF CIVIL ACTION

(Lewis County Superior Court Case No. 17-2-0006921)

To: Clerk, United States District Court
Western District of Washington

Defendant United States of America (hereinafter, "Defendant" or "Government"), by and through undersigned counsel of record, Annette L. Hayes, United States Attorney for the Western District of Washington, and Whitney Passmore, Assistant United States Attorney for said District, hereby respectfully files with the Court this Notice of Removal pursuant to Title 28, United States

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Code, Section 1442, to remove Case No. 17-2-0006921, from Lewis County Superior Court to United States District Court for the Western District of Washington.

In support of this notice, federal Defendant indicates as follows:

1. On or about October 20, 2017, Plaintiffs Robert Cooper & Crystal Cooper filed a 2nd Amended Complaint in Lewis County Superior Court alleging that the Defendants did not order a radiographic scan nor recommended a follow up with a specialist and "this failure is a breach of the standard of care…The negligence of the Defendants were a proximate cause of Robert Cooper's incomplete paraplegia, disability, and other injuries." *See* Complaint, attached as Exhibit A.

2. The above-referenced state court action may be removed to the United States District Court under 28 U.S.C. § 1442, by virtue of the following:

a. In all lawsuits such as the foregoing, that allege a negligent act or omission against employees of the United States while acting within the course and scope of employment, a lawsuit brought under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, et seq., is the sole and exclusive remedy for such claims, federal district courts have exclusive jurisdiction and the United States of America is the real party in interest. See 28 U.S.C. §§ 1346(b), 2679 et. seq.

b. Based on the certification of the United States Attorney, the named Defendants in the 2nd Amended Complaint are federally supported health care centers covered by the FTCA pursuant to 42 U.S.C. § 233(g)-(n). *See* Certification of Annette L. Hayes, United States Attorney for the Western District of Washington, attached hereto as Exhibit B.

c. Accordingly, and based on the foregoing, the United States is the real party in interest and this case will be removed to the United States District Court pursuant to Section 1442.

3. Under Local Rule CR 101(b), Defendant attaches a copy of the Claim in this matter. Defendant will file herewith copies of all records from the state court proceeding.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. A copy of this Notice of Removal is being served upon all parties to the underlying litigation and will be promptly filed with the clerk of the Lewis County Superior Court.

5. Intradistrict Assignment. Upon information and belief and during the relevant time period giving rise to the allegations of the Claim, Plaintiffs presently resides in Lewis County. Additionally, upon information and belief, Case No. 17-2-0006921 is currently pending in Lewis County. Accordingly, and pursuant to Local Rule CR 3(d), this case should be assigned to a judge in Tacoma.

WHEREFORE, based upon the foregoing and pursuant to 28 U.S.C. § 1442(a)(1), the above-referenced action is removed from the Lewis County Superior Court, to the United States District Court for the Western District of Washington.

DATED this 22nd day of March, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Whitney Passmore*

WHITNEY PASSMORE, Fla. # 91922
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: Whitney.Passmore@usdoj.gov

Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

I further certify that on this date, I mailed by United States Postal Service the foregoing document to the following parties:

Stephen Hornbuckle
Thomas Hornbuckle
The Hornbuckle Firm
1408 140th PL NE
Suite 250
Bellevue, WA 98007

Scott M. O'Halloran
Amanda K. Thorsvig
Fain Anderson Vanderhoef
Rosendahl O'Halloran Spillane, PLLC
1301 A Street
Suite 900
Tacoma, WA 98402

David J. Corey
Floyd, Pfluger & Ringer, P.S.
200 West Thomas Street
Suite 500
Seattle, WA 98119

DATED this 22nd day of March, 2018.

*s/ Marciano Quinonez*
MARCIANO QUINONEZ, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: Marciano.quinonez-cheeks@usdoj.gov