# EXHIBIT A

Received & Filed - Superior Court
LEWIS COUNTY, WASH

OCT 20 2017

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN
AND FOR THE COUNTY OF LEWIS

| | |
|---|---|
| ROBERT COOPER and CRYSTAL COOPER<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH CARE FOUNDATION d/b/a PROVIDENCE CENTRALIA HOSPITAL; NORTHWEST EMERGENCY PHYSICIANS, LLC.; and LEWIS COUNTY COMMUNITY HEALTH SERVICES d/b/a VALLEY VIEW HEALTH CENTER<br><br>Defendants. | Cause No.: 17-2-0006921<br><br>PLAINTIFF'S SECOND AMENDED COMPLAINT FOR MEDICAL NEGLIGENCE |

Plaintiff alleges:

1. **PLAINTIFF** - Plaintiff Robert Cooper is a resident of Washington.

2. **PLAINTIFF** – Plaintiff Crystal Cooper is a resident of Washington.

3. **DEFENDANTS BUSINESS ENTITIES** - Defendant PROVIDENCE HEALTH CARE FOUNDATION is a business that was at the time of the occurrence involved in the ownership, management and/or operation of Providence Centralia Hospital, a hospital located at 914 South Scheuber Road, Centralia, Washington 98531. Defendant has been served.

PLF'S SECOND AMENDED COMPLAINT FOR
MEDICAL NEGLIGENCE

Page 1

THE HORNBUCKLE FIRM
1408 -140th Place N.E., Suite 250
Bellevue, WA 98007
Tel: (425) 679-0742

Defendant NORTHWEST EMERGENCY PHYSICIANS, LLC, is a business that was at the time of the occurrence involved in the ownership, management and/or operation of MD services at PROVIDENCE CENTRALIA HOSPITAL. Defendant has been served.

Defendant LEWIS COUNTY COMMUNITY HEALTH SERVICES is a business that was at the time of the occurrence involved in the ownership, management and/or operation of Valley View Health Center Cascade, a healthcare clinic located at 2428 Reynolds Rd., Centralia, Washington 98531. Defendant may be served through its registered agent: Lewis County Community Health Services, 2690 N.E. Kresky Avenue, Chehalis, Washington, 98532.

Venue is proper in Lewis County, Washington, pursuant to RCW 4.12.025.

4.  **OCCURRENCE** - Plaintiff, Robert Cooper, sought treatment for severe back pain radiating down into his legs on December 17, 2015, at Providence Centralia Hospital. Defendant was made aware that Mr. Cooper had been to the emergency room for back and leg pain one week prior to this visit and that the pain had become worse over time and progressed from his back to his legs. Defendant Providence Centralia Hospital breached the standard of care on the occasion of this visit to that institution by failing to properly diagnose Mr. Cooper's condition and failing to do a radiographic scan; and did not recommend or facilitate follow up with a specialist, which would have easily detected the severe spinal stenosis that was causing severe radiating pain at that time.

Based on information and belief, the physician assistant responsible for Mr. Cooper's negligent care was employed jointly by PROVIDENCE HEALTH CARE FOUNDATION d/b/a PROVIDENCE CENTRALIA HOSPITAL; and NORTHWEST EMERGENCY PHYSICIANS, LLC. Defendant NORTHWEST EMERGENCY PHYSICIANS, LLC. is responsible for the negligent care described in the preceding paragraph.

PLF'S SECOND AMENDED COMPLAINT FOR MEDICAL NEGLIGENCE

Page 2

THE HORNBUCKLE FIRM
1408 -140th Place N.E., Suite 250
Bellevue, WA 98007
Tel: (425) 679-0742

Plaintiff, Robert Cooper, followed up with his primary care provider on December 21, 2015, at Valley View Health Center Cascade, and was seen by Tracy Svoboda, ARNP, who diagnosed bilateral sciatica. Despite the presentation of progressing back and leg pain, Valley View did not order a radiographic scan, and did not recommend or facilitate follow up with a specialist, which would have easily diagnosed Mr. Cooper's severe spinal stenosis from which he was suffering from at the time. This failure is a breach of the standard of care.

The failure to diagnose Mr. Cooper's condition on the part of defendants directly led to a delay in treatment and a severe worsening of Mr. Cooper's condition, and led to the development of cauda equina and paralysis on December 26, 2015.

5. **NEGLIGENCE** - The negligence of PROVIDENCE HEALTH CARE FOUNDATION d/b/a Providence Centralia Hospital, NORTHWEST PHYSICIANS, INC., and LEWIS COUNTY COMMUNITY HEALTH SERVICES d/b/a VALLEY VIEW HEALTH CENTER were a proximate cause of Robert Cooper's incomplete paraplegia, disability and other injuries resulting from negligence.

6. **DAMAGES** - Damages should be awarded to Plaintiff Robert Cooper for past and future pain and suffering, physical impairment, disability, loss of enjoyment of life, and past and future medical and custodial care, and past and future lost earnings and lost earning capacity, that was necessitated by the acts and omissions of Defendants.

7. **DAMAGES** – Damages should be awarded to Plaintiff Crystal Cooper for loss of consortium.

WHEREFORE, Plaintiff prays for judgment against Defendants, for damages in the amount determined by the trier of fact, together with costs and interest as allowed by law, together with such further relief as the court deems just and equitable.

DATED this 18th day of October, 2017.

Respectfully Submitted,

By /s/ Stephen Hornbuckle
Stephen Hornbuckle
WSBA #39065
Thomas Hornbuckle
THE HORNBUCKLE FIRM
1408 – 140th Place N.E., Suite 250
Bellevue, WA 98007
Tel: (425) 679-0742
Fax: (425) 679-0002

**ATTORNEYS FOR PLAINTIFF**

PLF'S SECOND AMENDED COMPLAINT FOR MEDICAL NEGLIGENCE

Page 4

THE HORNBUCKLE FIRM
1408 -140th Place N.E., Suite 250
Bellevue, WA 98007
Tel: (425) 679-0742

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that on the 18th day of October, 2017, at Bellevue, Washington, the foregoing was caused to be served on the following person(s) in the manner indicated:

| | |
|---|---|
| Scott M. O'Halloran<br>Amanda K. Thorsvig<br>Fain Anderson Vanderhoef<br>Rosendahl O'Halloran Spillane, PLLC<br>1301 A Street, Suite 900<br>Tacoma, WA 98402<br>Attorneys for Defendant Providence | VIA REGULAR MAIL ____<br>VIA CERTIFIED MAIL ____<br>VIA HAND DELIVERY ____<br>BY FACSIMILE ____<br>VIA OVERNIGHT MAIL ____<br>VIA ELECTRONIC MAIL ✓ |
| David J. Corey<br>Floyd, Pflueger & Ringer, P.S.<br>200 West Thomas Street, Suite 500<br>Seattle, WA 98119-4296<br>Attorneys for Defendant NW Emergency Physicians, LLC | VIA REGULAR MAIL ____<br>VIA CERTIFIED MAIL ____<br>VIA HAND DELIVERY ____<br>BY FACSIMILE ____<br>VIA OVERNIGHT MAIL ____<br>VIA ELECTRONIC MAIL ✓ |

_/s/ Stephen Hornbuckle_
Stephen Hornbuckle